JOSHUA Z. FELDMAN, Bar No. 199207
jfeldman@littler.com
DAVID S. MAOZ, Bar No. 233857
dmaoz@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308

Attorneys for Defendants
FIRST STUDENT, INC. and LISA SERRA
(erroneously sued herein as LISA SIERRA)

BRENT S. BUCHSBAUM, Bar No. 194816
brent@carlinbuchsbaum.com
LAUREL N. HAAG, Bar No. 211279
laurel@carlinbuchsbaum.com
LAW OFFICES OF CARLIN & BUCHSBAUM, LLP
555 East Ocean Blvd., Suite 818
Long Beach, California 90802

Attorneys for Plaintiff
ESPERANZA MARTINEZ

**REMAND/MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST STUDENT, INC., a Delaware corporation; LISA SIERRA, an individual; and DOES 1 to 250, inclusive,<br><br>　　　　　Defendants. | Case No. CV 11-1899-GW(FFMx)<br><br>HON. JUDGE GEORGE H. WU<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>Action Filed in LASC:　01/31/11<br>Action Removed:　　　03/04/11 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
9th Floor
San Diego, CA 92101-3577
619.232.0441

1 **ORDER**

2 **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**
3 **THAT** the above-captioned action is hereby remanded to the Los Angeles County
4 Superior Court, Central District (BC454136).

5 **IT IS HEREBY FURTHER ORDERED THAT** the Parties shall each bear
6 their own attorney's fees and costs in connection with the removal and subsequent
7 remand.

8 **IT IS SO ORDERED.**

10 DATED: April 18, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1.